**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**NEW BEGINNINGS MINISTRIES,** *et al.***,**

    **Plaintiffs,**

                                          **Civil Action 2:15-cv-2781**
                                          **Judge Michael H. Watson**
    **v.**                                     **Magistrate Judge Chelsey M. Vascura**

**THOMAS GEORGE,** *et al.***,**

    **Defendants.**

## ORDER

Plaintiffs' Motion for Leave for Lead Counsel to Appear at Conference by Telephone (ECF No. 161) is **DENIED**. Plaintiffs, nonprofit Ohio corporations that initiated this action in this Court, have filed *more than* twenty-five discovery motions. The purpose of the conference is to discuss these pending motions, as well the discovery motions Defendants filed. After discussion with the parties, if appropriate, the Court will issue oral rulings on the record. The Court is sensitive to the burden upon Plaintiffs' counsel to travel to Ohio, but finds it justified under the circumstances.

    **IT IS SO ORDERED**.

                                                            /s/ *Chelsey M. Vascura*
                                                             CHELSEY M. VASCURA
                                                             UNITED STATES MAGISTRATE JUDGE